DENNIS K. BURKE
United States Attorney
District of Arizona
LAWRENCE C. LEE
Assistant United States Attorney
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
lawrence.lee@usdoj.gov
Attorneys for Plaintiff

FILED
2010 DEC 15 A 5:22
RICHARD H. WEARE, CLERK
U.S. DIST. COURT FOR THE
DISTRICT OF ARIZONA
BY_____
     DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Alvino Renova-Hernandez,<br><br>　　　　Defendant. | CR10-3687 TUC<br><br>**INDICTMENT**<br><br>Violation:　21 USC §841(a)(1)<br>　　　　　　21 USC §841(b)(1)(D)<br><br>(Possession With Intent to Distribute less than 50 kilograms of Marijuana) |

**THE GRAND JURY CHARGES:**

On or about November 16, 2010, at or near Tombstone, in the District of Arizona, ALVINO RENOVA-HERNANDEZ, did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, that is, approximately 19 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

A TRUE BILL

/s/
Presiding [REDACTED]

DENNIS K. BURKE
United States Attorney
District of Arizona

/s/
Assistant U.S. Attorney

DEC 15 2010

REDACTED FOR
PUBLIC DISCLOSURE