**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America**<br><br>　v.<br><br>**Alvino Renova-Hernandez**<br><br><br>USM#: 23236-308   ICE# A090115795 | No.  CR-10-03687-001-TUC-DCB (LAB)<br><br>**JUDGMENT AND COMMITMENT**<br>**REVOCATION OF SUPERVISED RELEASE**<br><br>Anthony Payson, II (CJA)<br>Attorney for Defendant |

On 4/26/2011 the defendant, present with counsel, appeared for sentencing for violating, Title 21, U.S.C. §841(a)(1) and (b)(1)(D), Possession with Intent to Distribute Marijuana, Class D Felony offense, as charged in Count 1 of the Indictment.

　　The defendant was sentenced to a term of **THIRTEEN (13) MONTHS AND ONE DAY** imprisonment and upon release, **TWO (2) YEARS** of supervised release to follow.

On 10/6/2014 the United States Probation Office filed a petition to revoke the term of supervised release.

On 1/19/2018 the defendant appeared with counsel and admitted allegation(s) A as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 4/26/2011 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **EIGHTEEN (18) MONTHS**, with no term of supervised release to follow.

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

The defendant previously waived the right to appeal.

The Court orders commitment to the custody of the Bureau of Prisons and recommends that the defendant be placed in an institution in or near Southern Arizona to facilitate family visitations.

CR-10-03687-001-TUC-DCB (LAB)                                                    Page 2 of 2
USA vs. Alvino Renova-Hernandez

Date of Imposition of Sentence:  **Tuesday, February 20, 2018**

    Dated this 20th day of February, 2018.

_____
Honorable David C. Bury
United States District Judge

CR-10-03687-001-TUC-DCB (LAB) - Renova-Hernandez        2/20/2018 - 11:15 AM